UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRY KILLINGSWORTH, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. 7:13-cv-02186-RBP-HGD |
| WARDEN WILLIE THOMAS, et al., | ) |
| Defendants | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Roderick Gadson, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson. I am presently employed as a Correctional Officer for Donaldson Correctional Facility. I am over twenty-one (21) years of age.

I, Correctional Officer Roderick Gadson, resigned from the North Central Correctional Emergency Response Team (CERT) in January of 2013. I was no longer a part of the team when this incident took place.

1



DEFENDANT'S EXHIBIT 1

_____
Roderick Gadson
Correctional Officer


SWORN TO AND SUBSCRIBED before me this 28th day of May, 2014.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES _____

MY COMMISSION EXPIRES OCTOBER 24, 2016