# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRY KILLINGSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:13-CV-2186-KOB-HGD |
| ) | |
| WILLIE THOMAS, WARDEN, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendants in the above-styled action. Each party to bear its own costs.

Dated this 16th day of August, 2017.

s/ James S. Christie, Jr.
James S. Christie, Jr. (CHR011)
Jamie L. Moore (MOO078)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue, North
Birmingham, AL  35203
Telephone:  205-521-8000
Facsimile:  205-521-8800
jchristie@babc.com
jmoore@babc.com
Attorneys for Plaintiff

s/ Jack W. Wallace, Jr.
Jack W. Wallace, Jr.
Office of the Attorney General
501 Washington Avenue
P. O. Box 300152
Montgomery, AL  36130-0152
Telephone:  334-242-7300
Facsimile:  334-242-2433
jwallace@ago.state.al.us
Attorney for Defendants