# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **TERRY KILLINGSWORTH,** | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | 7:13-cv-2186-KOB-HNJ |
| | ] | |
| **WILLIE THOMAS, WARDEN, et al.,** | ] | |
| | ] | |
| | ] | |
| Defendants. | ] | |

## **ORDER**

The court, having received the Joint Stipulation of Dismissal (doc. 152), DISMISSES this action WITH PREJUDICE, with each party to bear his or its own costs.

The court DIRECTS the Clerk to term document 135.

DONE and ORDERED this 18th day of August, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE